

# The Moorish National Republic
## Societas Republicae Ea Al Maurikanos
### ~ Moorish Divine and National Movement of the World ~
Northwest Amexem / Northwest Africa / North America - 'The North Gate'
Aboriginal and Indigenous Natural Peoples of the Land

---

In the United States District Court
For the Middle District of
Florida State Republic
Tampa Division

25 August 2022 (c.c.y.)

8:22cv1998 CEH-AAS

Erod Habib Xaragua El
Natural Person, In Propria Persona
All Rights Reserved
Ex Relatione EROD LAPOINTE
Yamassee Territory
c/o 222 North Hiawassee Road Box 48
near Orlando, Florida Republic [zip-exempt]
Northwest Amexem

**Claimant**

v.

DUKE ENERGY CORPORATION

**Respondent**

## Jurisdiction

The 5th Amendment required that all persons within the United States must be given due process of the law and equal protection of the law.

### Treaty of Peace and Friendship between the United States and Morocco (1836):

**Article 4**
A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

### The Constitution for the United States of America - ratified in 1791

**Article 1 Section 10**
No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

**Article 6**
All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

### The Universal Declaration of Human Rights

**Article 7**
All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination.

**Article 8**
Everyone has the right to an effective remedy by the competent national tribunals for acts violating the fundamental rights granted him by the constitution or by law.

**Article 17**
(2) No one shall be arbitrarily deprived of his property.

# Venue

Original Jurisdiction of the United States District Court

### Claimant

Erod Habib Xaragua El, Natural Person, In Propria Persona, Sui Juris. I am Aboriginal Indigenous Moorish-American; possessing Free-hold by Inheritance and Primogeniture Status; standing Squarely Affirmed, aligned and bound to the Zodiac Constitution, with all due respect and honors given to the Constitution for the United States Republic, North America; Being a descendant of Moroccans and born in America; with the blood of the Ancient Moabites from the Land of Moab, who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa / North Gate. The Moors are the founders and are the true possessors of the present Moroccan Empire; with our Canaanite, Hittite and Amorite brethren, who sojourned from the land of Canaan, seeking new homes. Our dominion and inhabitation extended from Northeast and Southwest Africa, across the Great Atlantis, even unto the present North, South and Central America and the Adjoining Islands - bound squarely affirmed to THE TREATY OF PEACE AND FRIENDSHIP OF Seventeen Hundred AND Eighty-Seven (1787) A.D. superseded by THE TREATY OF PEACE AND FRIENDSHIP OF EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D. between Morocco and the United States (http://www.yale.edu/lawweb/avalon/diplomacy/barbary/bar1866t.htm or at Bevines Law Book of Treaties) the same as displayed under Treaty Law, Obligations, Authority, as expressed in Article VI of the Constitution for the United States of America (Republic):

THE TREATY OF PEACE AND FRIENDSHIP OF 1836 A.D.
Between Morocco and the United States

### Respondent

DUKE ENERGY CORPORATION

### Facts

In support of this claim I state for the record:

1. On 12 August 2021 A.D. a notice of balance due was sent by the agents of DUKE ENERGY CORPORATION demanding payment.

2. On 21 September 2021 A.D. a notice of non-obligation of debt was sent certified mail, return receipt to Steven K. Young of DUKE ENERGY CORPORATION to remind his agents of their obligation to the Constitution.

3. On 29 September 2021 A.D. the notice of non-obligation of debt was received by James Chapman at Duke Energy Corporation.

4. On 1 October 2021 A.D. a notice was sent by the agents of DUKE ENERGY CORPORATION suggesting what fiat currency is accepted as payment from customers.

5. On the 14 October 2021 A.D., a "Notice of Intent to Lien" was sent certified mail, return receipt to Steven K. Young at Duke Energy Corporation to remind him to inform his agents of their obligation to support the Constitution.

6. On 20 October 2021 A.D., the Notice of Intent to Lien was received by James Chapman at DUKE ENERGY CORPORATION.

7. On 4 February 2022 A.D., a notice was sent by the agents of DUKE ENERGY CORPORATION demanding payment to avoid disconnection of service.

8. On 24 February 2022 A.D., a final notice dated the 17 February 2022 A.D. was received from the agents of DUKE ENERGY demanding payment to avoid disconnection of service and additional reconnection charge.

9. On 25 August 2022 A.D. a final notice dated 19 August 2022 A.D. was received from the agents of DUKE ENERGY CORPORATION demanding payment, under feudal operations, as a condition to prevent service interruption.

## Legal Claims

All Law is contract therefore in order for anyone doing business as DUKE ENERGY CORPORATION to conduct business at North America, the original Contract which is the Constitution (the supreme law of the land) for the United States Republic must be honored. Any officer, representative, partner, agent or assign of DUKE ENERGY CORPORATION who violate the right of the people is in direct violation of the Constitution for the United States Republic, Treaty and International Law.

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

The agents of DUKE ENERGY CORPORATION continue to hide behind their corporate construct while presenting fraudulent instruments as a cover in an attempt to claim a debt against the people's Estate and steal the birthright of the Moorish American People. The agents of DUKE ENERGY CORPORATION presented evidence that they are involved in chattel slavery. The power to lay and collect taxes were vested in the Congress, not in DUKE ENERGY CORPORATION.

*No one shall be arbitrarily deprived of his property.*

*No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.*

*The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;*

The agents of DUKE ENERGY CORPORATION were made aware in the "Notice of Intent to Lien" of the consequences of their fraudulent deeds against the Moorish American people. To do business at North America is to support the Constitution which secures the rights of the People. The Constitution provides that only gold and silver coins to be a tender in the payment of debts (see Article 1 Section 10). The debt presented by the agents of DUKE ENERGY CORPORATION belong to the United States. By presenting their debt to me for payment, the agents of DUKE ENERGY CORPORATION have attempted to strip me of my Nationality and reduce me to servitude i.e. Slavery.

*All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.*

## RELIEF

1. The Enforcement of the following: The Divine Constitution and By-Laws of the Moorish Science Temple of America; The Moorish Nation of North America; Act VI: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Article VI of the Constitution for the United States Republic / The Treaty of Peace and Friendship of EIGHTEEN HUNDRED and THIRTY-SIX (1836) A.D., Classifies Moorish Americans as Federal Citizens

Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of 'The Constitution for the United States of America.'

2. I, Erod Habib Xaragua El, demand Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the Constitution for the United States of America (Republic).

3. I, Erod Habib Xaragua El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Treaty, and, hereby request the District Court to fulfill their obligation to preserve the rights of this Claimant (Moorish American) and carry out their Judicial Duty in 'Good Faith' by ordering the Respondent to be brought before the Law to answer for their criminal and unjust actions.

4. All representatives, partners, agents and assigns of DUKE ENERGY CORPORATION are to be informed of the Law of the Land (Constitution) and their obligation to uphold the same and to be made cognizance of the recompense of colorable actions on their part, by not adhering to the Law.

5. Respondent DUKE ENERGY CORPORATION is being sued for $6,666 for compensatory damages and $6,666 for punitive damages in its official and private capacity payable in lawful money.

6. Respondent DUKE ENERGY CORPORATION shall have 10 days from Service of this Affidavit of Fact to respond. Notice to agent is notice to principal; notice to principal is notice to agent.

I declare under the penalty of perjury under the Law of the Zodiac Constitution with which the Constitution for the United States Republic is in harmony that the above is true and correct to the best of my knowledge and honorable intent.

Respectfully submitted this 25th day of August, 2022 A.D. = 1443 M.C.

I Am: _____

Erod Habib Xaragua El
Natural Person, In Propria Persona
Ex Relatione EROD LAPOINTE
All Rights Reserved
c/o 222 North Hiawassee Road Box 48
near Orlando, Florida Republic [zip-exempt]
Northwest Amexem

  

# The Moorish National Republic
### Societas Republicae Ea Al Maurikanos
~ Moorish Divine and National Movement of the World ~

*Northwest Amexem / Northwest Africa / North America - 'The North Gate'*
**Aboriginal and Indigenous Natural Peoples of the Land**

---

Affidavit of Fact
Exhibit A - Certificate of Service

26 August 2022 (c.c.y.)

Elizabeth Warren, Clerk of Court
United States District Court
care of 801 North Florida Avenue
near Tampa, Florida Republic [32399]

It is hereby certified that service of the foregoing, the associated Memorandum of Law, and the associated Affidavit of Material Facts have been made upon the following addressee by depositing a copy in the United States Republic mail, postage prepaid, this 26th day of August, 1443 M.C. (2022 c.c.y.) addressed to:

Mike Jones
Registered Agent for DUKE ENERGY CORPORATION
care of 1200 South Pine Island Road
near Plantation, Florida Republic [33324]
United States Republic Postmaster Article Number: 7022 0410 0001 3760 3673

Ron DeSantis
Governor for Florida State Republic
care of 400 South Monroe Street
near Tallahassee, Florida Republic [32399]
United States Republic Postmaster Article Number: 7022 0410 0001 3760 3710

Ashley Moody
Attorney General for Florida State Republic
care of PL-01 Capitol
near Tallahassee, Florida Republic [32399]
United States Republic Postmaster Article Number: 7022 0410 0001 3760 3697

Laurel M. Lee
Secretary of State for Florida State Republic
care of 500 South Bronough Street
near Tallahassee, Florida Republic [32399]
United States Republic Postmaster Article Number: 7022 0410 0001 3760 3703

I Am: _____
Erod Habib Xaragua El
Natural Person, In Propria Persona
All Rights Reserved
c/o 222 North Hiawassee Road Box 48
near Orlando, Florida Republic [Zip Exempt]
Northwest Amexem